United States District Court
Southern District of Texas
**ENTERED**
March 06, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

| | |
|---|---|
| Joseph Andrew Beach, § | |
| Petitioner, § | |
| § | |
| v. § | Civil Action H-19-3629 |
| § | |
| Lorie Davis, § | |
| Director, Texas Department § | |
| of Criminal Justice, Correctional § | |
| Institutions Division, § | |
| Respondent. § | |

## Order of Adoption

On January 7, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (7) recommending that the court deny Joseph Beach's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed March 6, 2020, at Houston, Texas.

Lynn N. Hughes
United States District Judge